[No. 20994-2-II. Division Two. January 29, 1999.]

VIRGINIA M. MITCHEM, *Respondent*, v. BRUCE J. MORGAN, D.P.M., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-01246-3, Randolph Furman, J., entered July 23, 1996. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 21558-6-II. Division Two. January 29, 1999.]

HARLEN HATTEN, ET AL., *Plaintiffs*, PAUL WINGFIELD, ET AL., *Appellants*, v. DORIS HAVENS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-05987-7, Terry D. Sebring, J., entered December 13, 1996. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 21937-9-II. Division Two. January 29, 1999.]

*In the Matter of the Marriage of* LARRY GENE WIENER, *Appellant*, and JULIA WIENER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-3-00411-7, Williams J. Kamps, J., entered May 9, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22039-3-II. Division Two. January 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON EDWARD-RODGERS HULL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00093-9, Robert L. Harris, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.